# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>JUSTICE, WILLIAM W | 2. Court or Organization<br><br>U.S. DISTRICT COURT | 3. Date of Report<br><br>08/10/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>SENIOR U.S. DISTRICT JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>903 SAN JACINTO BLVD.<br>CHAMBERS 316<br>AUSTIN, TX 78701 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☒ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

2006 AUG 14 A 10: 08
FINANCIAL DISCLOSURE OFFICE
RECEIVED

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

### A. Filer's Non-Investment Income

☒ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒ NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JUSTICE, WILLIAM W | 08/10/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. UNIVERSITY OF TEXAS SYSTEM OFFICE OF GOVERNMENTAL RELATIQNS | 2 TICKETS TO A UNIVERSITY OF TEXAS FOOTBALL GAMES | $ 430.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of Instructions.)*

☒ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JUSTICE, WILLIAM W | 08/10/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer-seller (if private transaction) |
| 1. ▓▓▓▓ VAN ZANDT COUNTY | A | Rent | M | W | | | | | |
| 2. .016406 WORKING INTEREST - OIL AND GAS LEASE - ABERNATHY, TX | | None | | | Abandoned | 1/1 | | | PART VIII |
| 3. ▓▓▓▓ CASTLEBERRY SURVEY, RUSK COUNTY, TX | A | Royalty | J | W | | | | | |
| 4. .05 WORKING INTEREST, KNIGHTS OF TABOR LEASE 149D, GREGG CTY | D | Royalty | K | W | | | | | |
| 5. .000172 ROYALTY INTEREST-HEND (1/5 OF 3.434375/▓▓▓▓ | A | Royalty | J | W | | | | | |
| 6. OPELIKA GAS POOL 22 CROSS TIMBERS HENDERSON CO TX | D | Royalty | K | W | | | | | |
| 7. A. ANGLIN SURVEY, HENDERSON COUNTY, TX | B | Royalty | J | W | | | | | |
| 8. E. F. EDWARDS GAS UNIT - VAN ZANDTZ CO TX | A | Royalty | J | W | | | | | |
| 9. GUARANTY BANK, ACCT 1 | A | Interest | | | Liquidated | 5/17 | M | | PART VIII |
| 10. GUARANTY BANK, ACCT 2 | A | Interest | | | Liquidated | 5/17 | M | | PART VIII |
| 11. GUARANTY BANK, ACCT 3 | A | Interest | | | Liquidated | 5/17 | M | | PART VIII |
| 12. GUARANTY BANK, ACCT 4 | A | Interest | J | T | | | | | |
| 13. GUARANTY BANK, ACCT 5 | A | Interest | J | T | | | | | |
| 14. SMITH BARNEY MONEY MARKET ACCT. | A | Interest | K | T | | | | | |
| 15. WYLIE ISD BOND | B | Interest | K | T | | | | | |
| 16. PLANO TX ISD BOND | A | Interest | K | T | | | | | |
| 17. DALLAS TX ISD BOND | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| JUSTICE, WILLIAM W | 08/10/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. FROST BROKERAGE SERVICES #2 - MONEY MARKET | D | Dividend | O | T | | | | | |
| 19. WELLS FARGO BANK, ACCT 1 | A | Interest | L | T | | | | | |
| 20. FROST BROKERAGE SERVICE #1 MONEY FUNDS - PRIME FUND | A | Dividend | J | T | | | | | |
| 21. FROST NATIONAL BANK ACCT 1 | B | Interest | | | Liquidated | 7/24 | M | | PART VIII |
| 22. FROST NATIONAL BANK ACCT 2 | A | Interest | L | T | | | | | |
| 23. ████TRUST████ TRUSTEE, FROST NATIONAL BANK | A | Interest | J | T | | | | | |
| 24. GUARANTY BANK. ACCT 6 | | None | | | Liquidated | 1/1 | J | | PART VIII |
| 25. J.P. MORGAN CHASE BANK | C | Interest | N | T | | | | | |
| 26. CHASE INVESTMENT SERVICES CORP | | | | | | | | | PART VIII |
| 27. CAPITAL ONE BK VA | B | Interest | | | Liquidated | 12/22 | L | | PART VIII |
| 28. DISCOVER BK DEL | B | Interest | | | Liquidated | 12/22 | L | | PART VIII |
| 29. FIRESIDE BK CALIF | B | Interest | | | Liquidated | 12/22 | L | | PART VIII |
| 30. UNITED CMNTY BKS GA | B | Interest | | | Liquidated | 12/22 | L | | PART VIII |
| 31. FROST BROKERAGE SERVICES #2 | | | | | | | | | PART VIII |
| 32. FROST BROKERAGE #2 -UNITED STATES TREASURY NTS | C | Interest | | | Liquidated | 6/30 | O | | PART VIII |
| 33. JW BASS GAS UNIT VAN ZANDT CO TX 0.009430800 ROYALTY INT | A | Royalty | J | W | | | | | |
| 34. FROST BROKERAGE SERVICES #1 - US TREASURY NTS | C | Interest | | | Liquidated | 11/30 | M | | PART VIII |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
3. Value Method Codes    P3 =$25,000,001 - $50,000,000    R =Cost (Real Estate Only)    P4 =More than $50,000,000    T =Cash Market
(See Column C2)    Q =Appraisal    V =Other    S =Assessment
U =Book Value    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| JUSTICE, WILLIAM W | 08/10/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. FROST BROKERAGE SERVICES #1 - BUILDERS BK CHICAGO ILL | | None | M | T | Bought | 12/14 | M | | PART VIII |
| 36. TREASURY DIRECT TWO YEAR TREASURY NOTE | | None | N | T | Bought | 6/30 | N | | PART VIII |
| 37. TREASURY DIRECT TWO YEAR TREASURY NOTE | | None | M | T | Bought | 11/30 | M | | PART VIII |
| 38. TREASURY DIRECT THREE YEAR TREASURY NOTE | | None | M | T | Bought | 8/15 | M | | PART VIII |
| 39. TREASURY DIRECT FIVE YEAR TREASURY NOTE | | None | L | T | Bought | 7/15 | L | | PART VIII |
| 40. GUARANTY BANK, ACCT 8 | A | Interest | | | Liquidated | 9/22 | K | | PART VIII |
| 41. GUARANTY BANK, ACCT 7 | A | Interest | K | T | Bought | 12/15 | K | | PART VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JUSTICE, WILLIAM W | 08/10/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

PART VII, PAGE 1, LINE 2 - WELL IS DRY AND WAS ABANDONED. NO INCOME EARNED IN 2005.

PART VII, PAGE 1, LINES 9 THRU 11 - THE CERTIFICATES OF DEPOSITS MATURED AND THE MONEY WAS PUT INTO J.P. MORGAN CHASE BANK LINE 25.

PART VII, PAGE 2, LINE 21 - THE CERTIFICATE OF DEPOSIT MATURED AND THE MONEY WAS PUT INTO J.P. MORGAN CHASE BANK ON LINE 25.

PART VII, PAGE 2, LINE 24 - THIS ACCOUNT WAS CLOSED AND THE MONEY WAS PLACED IN GUARANTY BANK ACCT # 5 ON LINE 13.

PART VII, PAGE 2, LINES 26 THROUGH 30 - THESE CERTIFICATES OF DEPOSIT WERE LIQUIDATED AND THE MONEY WAS PUT INTO J. P. MORGAN CHASE BANK ON LINE 25.

PART VII, PAGE 2, LINES 31 AND 32 - THIS TREASURY NOTE WAS LIQUIDATED AND THE MONEY WAS PUT INTO FROST BROKERAGE SERVICES #2 - MONEY MARKET ON LINE 18.

PART VII, PAGE 2 AND 3, LINES 34 AND 35 - THE TREASURY NOTE ON LINE 34 WAS LIQUIDATED AND THE MONEY WAS USED TO PURCHASE THE CERTIFICATE OF DEPOSIT ON LINE 35.

PART VII, PAGE 3, LINES 36 THROUGH 39 - THESE TREASURY NOTES WERE PURCHASED USING MONEY FROM J.P. MORGAN CHASE BANK ON LINE 25.

PART VII, PAGE 3, LINE 40 - THIS CERTIFICATE OF DEPOSIT WAS PURCHASED ON 2/22/05 AND THEN IT MATURED ON 9/22/05. THE MONEY WAS THEN DEPOSITED INTO J.P. MORGAN CHASE BANK ON LINE 25.

PART VII, PAGE 3, LINE 41 - THIS CERTIFICATE OF DEPOSIT WAS PURCHASED ON 12/15 WITH MONEY FROM GUARANTY BANK ACCT #4 ON LINE 12.

| Name of Person Reporting | Date of Report |
|---|---|
| JUSTICE, WILLIAM W | 08/10/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____ Date _Aug 11, 2006_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544